WATERBURY TEACHERS ASSOCIATION ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF WATERBURY

The plaintiffs' "Motion for Permission to Appeal to Supreme Court and to Consolidate Appeals" from the Court of Common Pleas for the judicial district of Waterbury is denied.

*Martin A. Gould,* in support of the motion.

Submitted June 28—decided July 8, 1976

ALICE C. JARVIS, COEXECUTOR (ESTATE OF ALEXANDER JARVIS) *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF MANCHESTER

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Laurence P. Rubinow,* in support of the petition.
*Thomas J. Prior,* in opposition.

Submitted June 29—decided July 8, 1976

ELIZABETH W. DAVENPORT *v.* WALTER W. DAVENPORT

The plaintiff's motion for a review of the trial court's order filed April 2, 1976, terminating a stay of execution in the appeal from the Superior Court in Hartford County is granted and the relief sought therein is denied.

*James W. Sherman,* in support of the motion.